# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
AUG 24 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 09-CR-0036 |
| Ali Reza Miller ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Ali Reza Miller__, have discussed with __Lydia J. Serrano__, Pretrial Services Officer, modifications of my release conditions as follows:

Removing Tanya Miller as my third party custodian.

All other previously ordered conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7-13-09    _____  7-13-09
Signature of Defendant        Date      Pretrial Services Officer   Date
Ali Reza Miller                         Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____              8/24/2009
Signature of Assistant United States Attorney    Date
Laurel Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              8-21-09
Signature of Defense Counsel            Date
Harry Drandell

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on    8/24/09
[ ] The above modification of conditions of release is *not* ordered.

_____  SM SNYDER       8/24/09
Signature of Judicial Officer              Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services