# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

JAN 0 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

|  |  |
|---|---|
| United States of America<br>vs.<br>Ali Reza Miller | Case No. 09-CR-0036 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Ali Reza Miller____, have discussed with ____Lydia J. Serrano____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing condition number 7(q) which pertains to participating in the Location Monitoring program and home detention.

All other previously ordered conditions of release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  1-8-10          _____  1-8-10
Signature of Defendant    Date              Pretrial Services Officer  Date
Ali Reza Miller                             Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                   1-8-2010
Signature of Assistant United States Attorney    Date
Laurel J. Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   1-8-10
Signature of Defense Counsel                 Date
Harry Drandell

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  1/8/10
☐ The above modification of conditions of release is *not* ordered.

_____                   1/8/10
Signature of Judicial Officer                Date

cc:  U.S. Attorney's Office, Defense Counsel, Pretrial Services