1    **HARRY M. DRANDELL #109293**
     **LAW OFFICES OF HARRY M. DRANDELL**

2        1221 VAN NESS AVENUE, SUITE 450
         FRESNO, CA 93721

3        PHONE (559) 442-8888
         FAX (559) 442-8891

4

5    ATTORNEYS FOR  Defendant, Ali Miller

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10                   \* \* \* \* \* \* \* \*

11   UNITED STATES OF AMERICA,   )   **CASE NO.: 1:09-CR-00036 LJO**
                          )

12      Plaintiff,          )   **STIPULATION AND**
                          )   **ORDER TO CONTINUE SENTENCING**

13   vs.                   )
                          )

14   ALI MILLER,          )   Date: January 28, 2011
                          )   Time: 10:00 a.m.

15      Defendant.       )   HON. LAWRENCE J. O'NEILL
                          )   Dept: 4

16

17         IT IS HEREBY STIPULATED by and between the parties hereto and through their

18  attorneys of record that the sentencing hearing presently scheduled before the Honorable Lawrence

19  J. O'Neill for January 28, 2011, at 10:00 a.m., be continued to March 25, 2011, at 10:00 a.m.

20         This continuance is requested due to the fact that Mr. Miller has not yet been

21  interviewed by the case agents for purposes of assessing his eligibility for safety valve consideration

22  pursuant to USSG 5C1.2(a)(5).

23         In addition, note is made that defendant has submitted his objections to Probation and

24  filed his objections with the court pursuant to the time limits previously provided him by Probation.

25         All parties herein, through their respective counsel have been contacted regarding the

26  requested continuance and concur with this request.

27  ///

28         IT IS SO STIPULATED:

1  DATED: January 25, 2011

2
                                       /s/ Harry M. Drandell
3                                      _____
                                       HARRY M. DRANDELL,
4                                      Attorney for Defendant, Ali Miller

5  DATED:  January 25, 2011

6                                      /s/ Laurel Montoya
                                       _____
7                                      LAUREL MONTOYA,
                                       Attorney for Plaintiff, United States of America
8

9

10         The sentencing hearing presently set for January 28, 2011, at 10:00 a.m. is continued

11  to March 25, 2011, at 10:00 a.m. to be heard before the Honorable Lawrence J. O'Neill, Courtroom

12  4.

13  IT IS SO ORDERED.

14  **Dated:    January 25, 2011**              **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28