**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Ali Miller

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.: 1:09-CR-00036-003 LJO** |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. ) | |
| ALI MILLER, ) | Date: March 25, 2011 |
| Defendant. ) | Time: 10:00 a.m. HON. LAWRENCE J. O'NEILL Dept: 4 |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the sentencing hearing presently scheduled before the Honorable Lawrence J. O'Neill for March 25, 2011, at 10:00 a.m., be continued to May 13, 2011, at 10:00 a.m.

This continuance is requested due to the fact that Mr. Miller has not yet been interviewed by the case agents for purposes of assessing his eligibility for safety valve consideration pursuant to USSG 5C1.2(a)(5).

In addition, note is made that defendant has submitted his objections to Probation and filed his objections with the court pursuant to the time limits previously provided him by Probation.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

///

///

IT IS SO STIPULATED:

DATED: March 23, 2011

/s/ Harry M. Drandell
_____
HARRY M. DRANDELL,
Attorney for Defendant, Ali Miller

DATED:  March 23, 2011

/s/ Laurel Montoya
_____
LAUREL MONTOYA,
Attorney for Plaintiff, United States of America

The sentencing hearing presently set for March 25, 2011, at 10:00 a.m. is continued to May 13, 2011, at 10:00 a.m. to be heard before the Honorable Lawrence J. O'Neill, Courtroom 4.  Good cause has been established for the continuance.

IT IS SO ORDERED.

**Dated:   March 23, 2011**             /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE