```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
                  IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                         EASTERN DISTRICT OF CALIFORNIA
 9
                                        )
10                                      )
                                        )
11  UNITED STATES OF AMERICA,           )   CR. NO. 1:09-CR-00036-3 LJO
                                        )
12          Plaintiff,                  )   STIPULATION TO CONTINUE
                                        )   SENTENCING AND ORDER THEREON
13      v.                              )
                                        )
14  ALI MILLER,                         )
                                        )   DATE: June 24, 2011
15          Defendant.                  )   TIME: 9:00 A.M.
                                        )   PLACE: Courtroom Four
16  _____   )   Honorable Lawrence J. O'Neill
```

17      IT IS HEREBY STIPULATED by and between the parties through

18 their respective counsel, that the Sentencing hearing set for May

19 13, 2011 at 10:00 a.m., be continued to June 24, 2011, at 9:00

20 a.m. before the Honorable Lawrence J. O'Neill, United States

21 District Court Judge.

22      The sentencing in this matter is not ready to proceed and

23 additional time is needed for the parties to conduct further

24 investigation and formulate sentencing recommendations.

25 DATED: May 10, 2011                BENJAMIN B. WAGNER
                                      United States Attorney
26
                                      By /s/Laurel J. Montoya
27                                       LAUREL J. MONTOYA
                                         Assistant U.S. Attorney
28

                                      1

```
DATED: May 10, 2011                /S/ Harry Drandell
                                   HARRY DRANDELL
                                   Attorney for Defendant
                                   Ali Miller
```

**ORDER**

IT IS HEREBY ORDERED, that the Sentencing hearing of May 13, 2011 at 10:00 a.m. be continued to June 24, 2011 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   May 11, 2011**                /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

2