1  **HARRY M. DRANDELL #109293**
   **LAW OFFICES OF HARRY M. DRANDELL**
2  1221 VAN NESS AVENUE, SUITE 450
   FRESNO, CA 93721
3  PHONE (559) 442-8888
   FAX (559) 442-8891
4

5  ATTORNEYS FOR   Defendant, Ali Miller

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  * * * * * * * *

11  UNITED STATES OF AMERICA,       )   **CASE NO.: 1:09-CR-00036-003 LJO**
                                    )
12       Plaintiff,                 )   **STIPULATION AND**
                                    )   **ORDER TO CONTINUE SURRENDER**
13  vs.                             )   **DATE**
                                    )
14  ALI MILLER,                     )
                                    )
15       Defendant.                 )
    _____)
16

17  IT IS HEREBY STIPULATED by and between the parties hereto and through their

18  attorneys of record that the surrender date presently set for December 2, 2011, be continued to March

19  16, 2012.

20  All parties herein, through their respective counsel have been contacted regarding the

21  requested continuance and concur with this request.

22  IT IS SO STIPULATED:

23  DATED: November 30, 2011

24

25                                          /s/ Harry M. Drandell
                                            _____
26                                          HARRY M. DRANDELL,
                                            Attorney for Defendant, Ali Miller

27  ///

28  ///

1 | DATED: November 30, 2011

2 | /s/ Laurel Montoya

3 | _____
LAUREL MONTOYA,
Attorney for Plaintiff, United States of America

4

5

6 | The surrender date presently set for December 2, 2011, is continued to March 16,

7 | 2012.

8 | IT IS SO ORDERED.

9 | **Dated:   November 30, 2011**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE