**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Ali Miller

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:09-CR-00036-003 LJO |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE SURRENDER DATE |
| vs. ) | |
| ALI MILLER, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the surrender date presently set for March 16, 2012, be continued to April 27, 2012.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

IT IS SO STIPULATED:

DATED: March 13, 2012

/s/ Harry M. Drandell
_____
HARRY M. DRANDELL,
Attorney for Defendant, Ali Miller

///

///

1 | DATED: March 13, 2012

2 | /s/ Laurel Montoya

3 | _____
LAUREL MONTOYA,
Attorney for Plaintiff, United States of America

4

5

6 |      The surrender date presently set for March 16, 2012, is continued to April 27, 2012.

7 | Good cause has been provided previously to the Court.

8 | IT IS SO ORDERED.

9 | **Dated:   March 13, 2012**          /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE

10