# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
APR 0 2 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK
MAR 30 PM 3:53

|  |  |
|---|---|
| United States of America vs. Ali Miller | Case No. 09CR0036 LJO |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Ali Miller____, have discussed with ____Lydia J. Serrano____, Pretrial Services Officer, modifications of my release conditions as follows:

Modifying the $35,000 10% cash deposit bond to a personal recognizance release, and removing all other additional conditions of release.

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   3-28-12         _____   3-30-12
Signature of Defendant       Date            Pretrial Services Officer   Date
Ali Miller                                   Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                    4/2/12
Signature of Assistant United States Attorney   Date
Laurel Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    3-28-12
Signature of Defense Counsel                 Date
Harry Drandell

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on    4/2/12
[ ] The above modification of conditions of release is *not* ordered.

_____                    4/2/12
Signature of Judicial Officer                Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services