(SPACE BELOW FOR FILING STAMP ONLY)

1  HARRY M. DRANDELL #109293
   LAW OFFICES OF HARRY M. DRANDELL
2  1221 VAN NESS AVENUE, SUITE 450
   FRESNO, CA 93721
3  PHONE (559) 442-8888
   FAX (559) 442-8891
4

5  ATTORNEYS FOR Defendant, Ali Miller



FILED

APR 11 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10  * * * * *

11  UNITED STATES OF AMERICA,           )   CASE NO: 1:09-CR-00036 LJO
                                        )
12         Plaintiff,                   )   APPLICATION FOR ORDER
                                        )   EXONERATING CASH BOND AND
13  v.                                  )   ORDER THEREON
                                        )
14  ALI MILLER,                         )
                                        )
15         Defendant.                   )
    _____)
16

17         Defendant, Ali Miller, by and through his attorney, Harry M. Drandell, hereby moves

18  the Court for an order exonerating the cash bond deposited with the Clerk of the Court in the above

19  captioned case.

20         On January 14, 2009, defendant, Ali Miller was arrested pursuant to a Warrant of

21  Arrest issued by this Court for charges in the above-captioned case. On January 20, 2009, United

22  States Magistrate Judge, Sandra M. Snyder ordered the release of Mr. Miller, setting conditions of

23  pretrial supervision and a $35,000 cash bond with a 10% deposit and in the custody of a third party

24  custodian. Ali Miller was released from custody on January 20, 2009, following the deposit of

25  $3,500 cash with the Clerk of the Court by Tanya Miller [Doc 38, Receipt #CAE 100005743].

26         On September 24, 2010, Defendant, Ali Miller appeared before this Court and entered

27  a plea of guilty to Count 1 of a Superseding Information. On June 24, 2011, this Court sentenced

28  Ali Miller to a term of 10 months imprisonment (five months Bureau of Prisons and five months

Home Detention).

On April 2, 2012, the Court granted defendant's request for Consent to Modify Conditions of Release modifying the $35,000 10% cash deposit bond to a personal recognizance release. Accordingly, Ali Miller hereby requests the Court to exonerate the cash bond set by the Magistrate Judge and order the Clerk of the Court to return the $3,500 cash [Receipt #CAE 100005743] to Ali Miller.

Assistant United States Attorney, Laurel Montoya, does not oppose this application.

Dated: April 11, 2012

Respectfully submitted,

LAW OFFICES OF HARRY M. DRANDELL

/s/ Harry M. Drandell
_____
HARRY M. DRANDELL
Attorney for Defendant
ALI MILLER

## ORDER

IT IS HEREBY ORDERED that the cash bond posted by Ali Miller is exonerated and the Clerk of the Court is directed to return the $3,500 cash [Receipt #CAE 100005743] to Ali Miller.

IT IS SO ORDERED.

Dated: April 11 2012

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE