**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Ali Miller

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.: 1:09-CR-00036-003 LJO** |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUE SURRENDER DATE** |
| vs. ) | |
| ALI MILLER, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the surrender date presently set for April 27, 2012, be continued to June 8, 2012.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

IT IS SO STIPULATED:

DATED: April 25, 2012

/s/ Harry M. Drandell
_____
HARRY M. DRANDELL,
Attorney for Defendant, Ali Miller

///

///

1 | DATED: April 25, 2012

2 | /s/ Laurel Montoya

3 | _____
LAUREL MONTOYA,
Attorney for Plaintiff, United States of America

The surrender date presently set for April 27, 2012, is continued to June 8, 2012.

IT IS SO ORDERED.

**Dated:   April 25, 2012**               /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

2