1  **HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
2  1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
3  PHONE (559) 442-8888
FAX (559) 442-8891
4

5  ATTORNEYS FOR   Defendant, Ali Miller

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  * * * * * * * *

11 | UNITED STATES OF AMERICA,           )   **CASE NO.: 1:09-CR-00036-003 LJO**
                                         )
12 |       Plaintiff,                    )   **STIPULATION AND**
                                         )   **ORDER TO CONTINUE SURRENDER**
13 | vs.                                 )   **DATE**
                                         )
14 | ALI MILLER,                         )
                                         )
15 |       Defendant.                    )
   |_____)

17      IT IS HEREBY STIPULATED by and between the parties hereto and through their

18 attorneys of record that the surrender date presently set for August 10, 2012, be continued to October

19 12, 2012.

20      All parties herein, through their respective counsel have been contacted regarding the

21 requested continuance and concur with this request.

22      IT IS SO STIPULATED:

23 DATED: August 8, 2012

25                                          /s/ Harry M. Drandell
                                            _____
26                                          HARRY M. DRANDELL,
                                            Attorney for Defendant, Ali Miller

27 ///

28 ///

1  DATED: August 8, 2012

2                                                          /s/ Laurel Montoya
                                                    _____
3                                                   LAUREL MONTOYA,
                                                    Attorney for Plaintiff, United States of America
4

5

6         The surrender date presently set for August 10, 2012, is continued to October 12,

7  2012.

8  IT IS SO ORDERED.

9  **Dated:   August 8, 2012**                      /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28