**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Ali Miller

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:09-CR-00036-003 LJO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SURRENDER DATE** |
| vs. | |
| ALI MILLER, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the surrender date presently set for December 14, 2012, be continued to February 22, 2013.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

IT IS SO STIPULATED:

DATED: December 14, 2012

/s/ Harry M. Drandell
_____
HARRY M. DRANDELL,
Attorney for Defendant, Ali Miller

///

///

1  DATED: December 14, 2012

2  /s/ Laurel Montoya

3  _____
   LAUREL MONTOYA,
   Attorney for Plaintiff, United States of America

4

5

6  The surrender date presently set for December 14, 2012, is continued to

7  February 22, 2013.

8

9  IT IS SO ORDERED.

10  **Dated:   December 14, 2012**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE