**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Ali Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.: 1:09-CR-00036-003 LJO** |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE SURRENDER DATE** |
| vs. ) | |
| ALI MILLER, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the surrender date presently set for May 24, 2013, be continued to August 23, 2013.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

IT IS SO STIPULATED:

DATED: May 23, 2013

/s/ Harry M. Drandell
_____
HARRY M. DRANDELL,
Attorney for Defendant, Ali Miller

///

///

DATED: May 23, 2013

/s/ Laurel Montoya
_____
LAUREL MONTOYA,
Attorney for Plaintiff, United States of America

IT IS HEREBY ORDERED that the surrender date presently set for May 24, 2013, is continued to August 23, 2013.

IT IS SO ORDERED.

**Dated:   May 23, 2013**          /s/  Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

2