(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Ali Miller

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:09-CR-00036-003 LJO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SURRENDER DATE |
| vs. | |
| ALI MILLER, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the surrender date presently set for August 23, 2013, be continued to November 1, 2013.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

IT IS SO STIPULATED:

DATED: August 22, 2013

/s/ Harry M. Drandell
_____
HARRY M. DRANDELL,
Attorney for Defendant, Ali Miller

///

///

1  DATED: August 22, 2013

2                            /s/ Laurel Montoya

3                            _____
                          LAUREL MONTOYA,

4                            Attorney for Plaintiff, United States of America

5

6        The surrender date presently set for August 23, 2013, is continued to November 1,

7  2013.

8  IT IS SO ORDERED.

9  **Dated:   August 22, 2013**          /s/  Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28