(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL, #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CALIFORNIA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, ALI MILLER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  **1:09-CR-00036-003 LJO** |
| Plaintiff, | **STIPULATION TO CONTINUE SURRENDER DATE;** |
| v. | **ORDER** |
| ALI MILLER, | |
| Defendant. | |

   **IT IS HEREBY STIPULATED** by and between the parties hereto and through their attorneys of record that the surrender date presently set for January 10, 2014, be continued to March 21, 2014.

   All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

   **IT IS SO STIPULATED:**

Dated: January 8, 2014            HARRY M. DRANDELL
                                 Law Offices of Harry M. Drandell


                         By:    /s/ Harry M. Drandell
                                HARRY M. DRANDELL
                                Attorney for Defendant,
                                ALI MILLER

1

STIPULATION TO CONTINUE SURRENDER DATE

Dated: December 23, 2013

BENJAMIN WAGNER
United States Attorney


By:     /s/ Laurel Montoya
        LAUREL MONTOYA
        Assistant United States Attorney,
        Attorney for Plaintiff


O R D E R

The surrender date presently set for January 10, 2014, is continued to March 21, 2014

IT IS SO ORDERED.

Dated:   **January 9, 2014**          ____/s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE