(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL, #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CALIFORNIA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, ALI MILLER

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: **1:09-CR-00036-003 LJO** |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SURRENDER DATE** |
| v. | |
| ALI MILLER, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their attorneys of record that the surrender date presently set for March 21, 2014, be continued to May 23, 2014.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

**IT IS SO STIPULATED:**

Dated: March 20, 2014                    HARRY M. DRANDELL

Law Offices of Harry M. Drandell

By:     /s/ Harry M. Drandell
HARRY M. DRANDELL
Attorney for Defendant,
ALI MILLER

1

STIPULATION TO CONTINUE SURRENDER DATE

Dated: March 20, 2014                          BENJAMIN WAGNER

                                               United States Attorney


                                    By:    /s/ Laurel Montoya
                                           LAUREL MONTOYA
                                           Assistant United States Attorney,
                                           Attorney for Plaintiff



                                O R D E R

        IT IS HEREBY ORDERED that the surrender date presently set for March 21, 2014, is

continued to May 23, 2014.

\

IT IS SO ORDERED.

        Dated:   **March 20, 2014**                  **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE

\

STIPULATION TO CONTINUE SURRENDER DATE