(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL, #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CALIFORNIA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, ALI MILLER

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: **1:09-CR-00036-003 LJO** |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SURRENDER DATE** |
| v. | |
| ALI MILLER, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their attorneys of record that the surrender date presently set for May 23, 2014, be continued to August 29, 2014.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

**IT IS SO STIPULATED:**

Dated: March 20, 2014                HARRY M. DRANDELL
                                     Law Offices of Harry M. Drandell


                          By:    /s/ Harry M. Drandell
                                 HARRY M. DRANDELL
                                 Attorney for Defendant,
                                 ALI MILLER

---
1
STIPULATION TO CONTINUE SURRENDER DATE

Dated: March 20, 2014

BENJAMIN WAGNER
United States Attorney

By: /s/ Laurel Montoya
LAUREL MONTOYA
Assistant United States Attorney,
Attorney for Plaintiff

O R D E R

IT IS HEREBY ORDERED that the surrender date presently set for May 23, 2014, is continued to August 29, 2014.

IT IS SO ORDERED.

DATED: May 22, 2014.

/s/ Lawrence J. O'Neill
HONORABLE LAWRENCE J. O'NEILL
United States District Court Judge