(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL, #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CALIFORNIA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, ALI MILLER

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: **1:09-CR-00036-003 LJO** |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SURRENDER DATE** |
| v. | |
| ALI MILLER, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their attorneys of record that the surrender date presently set for August 29, 2014, be continued to November 21, 2014.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

**IT IS SO STIPULATED:**

Dated: August 27, 2014                HARRY M. DRANDELL
                                      Law Offices of Harry M. Drandell

                              By:    /s/ Harry M. Drandell
                                     HARRY M. DRANDELL
                                     Attorney for Defendant,
                                     ALI MILLER

---

1
STIPULATION TO CONTINUE SURRENDER DATE

Dated: August 27, 2014                           BENJAMIN WAGNER
                                                 United States Attorney


                                        By:      /s/ Laurel Montoya
                                                 LAUREL MONTOYA
                                                 Assistant United States Attorney,
                                                 Attorney for Plaintiff



O R D E R

IT IS HEREBY ORDERED that the surrender date presently set for August 29, 2014, is continued to October 6, 2014.   We will have a status on that date at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **August 28, 2014**                    /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

2
STIPULATION TO CONTINUE SURRENDER DATE